UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JEFFERY JACKSON,

    Movant,

v.        6:14-cv-52
           6:12-cr-18-4

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

Jeffery Jackson has moved the Court to recuse District Judge B. Avant Edenfield and Magistrate Judge G.R. Smith from this action. ECF No. 12. For the reasons set forth below, the Court *DENIES* Jackson's Motion.

"Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a). As implied in the statute, "[j]udges routinely preside over motions for their own recusal." *In re Evergreen Sec., Ltd.*, 570 F.3d 1257, 1278 (11th Cir. 2009). Therefore, the Court will rule on Jackson's Motion.

"Ordinarily, a judge's rulings in the same or a related case may not serve as the basis for a recusal motion." *McWhorter v. City of Birmingham*, 906 F.2d 674, 678 (11th Cir. 1990). "[J]udicial rulings alone almost never constitute a valid basis for a bias or partiality motion." *Liteky v. United States*, 510 U.S. 540, 555 (1994). In fact, a judge's rulings "do not constitute a basis for a bias or partiality motion unless they display a deep-seated favoritism or antagonism that would make fair judgment impossible." *Id.* This disqualifying bias "must be personal and extrajudicial; it must derive from something other than that which the judge learned by participating in the case." *McWhorter*, 906 F.2d at 678. Unless the moving party "demonstrates pervasive bias and prejudice," the judge will not disqualify himself. *Id.* (quotation omitted).

Jackson fails to point to any evidence of disqualifying bias on the part of either judge involved in this case. His cites only to previous rulings in this action and his related criminal case. He does not point to a single example of "extrajudicial" behavior or bias. *See id.* In short, Jackson has failed to make out a case for recusal.

Therefore, the Court *DENIES* Jackson's Motion, ECF No. 12.

This 9th day of December 2014.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA